UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

v.

CAROL PORTER, *et al.*,

    Defendant.

Case No.  C06-5302 FDB/KLS

ORDER

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.  This matter is on hold pending plaintiff's response to the court's order to show cause why this matter should not be dismissed for failure to exhaust administrative remedies (Dkt. # 11).  Plaintiff has until September 1, 2006 to file that response.

    Plaintiff has filed a motion for the appointment of counsel. (Dkt. # 5).  While this matter normally would be ripe for review at this time, the court does not intend to allow this case to go forward until the exhaustion issue noted in the order to show cause has been resolved.

    Accordingly, plaintiff's motion for appointment of counsel (Dkt. # 5) is re-noted for **October 6, 2006.**

    DATED this   7th   day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1