UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

  Plaintiff,

  v.

CAROL PORTER, *et al.*,

  Defendant.

Case No. C06-5302 FDB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Complaint (Dkt. # 10) is **DISMISSED WITH PREJUDICE**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. Karen L. Strombom.

DATED this 31st day of October 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1